DECATUR COUNTY *v.* BOWIE *et al.*

GILBERT, J.  1. The court did not err in overruling the demurrer to the petition.

2. A tax fi. fa. issued against the "Lou Jackson estate" was void, and the purchaser at a sale thereunder received no title. *Ayer* v. *Chapman,* 146 *Ga.* 608 (91 S. E. 548).

3. The verdict was demanded by the evidence; and it is not necessary to pass upon the rulings complained of in various other grounds of the motion for new trial.  *Judgment affirmed.  All the Justices concur.*

No. 6903. JANUARY 18, 1929.

*H. G. Bell,* for plaintiff in error.    *Vance Custer Jr.,* contra.